*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 30, 2014           518640
_____

In the Matter of the Claim of
    HOWARD BLOCK,
                    Respondent.

MICHAEL H. SUSSMAN,                    MEMORANDUM AND ORDER
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Lahtinen, J.P., Stein, McCarthy, Rose and Egan Jr., JJ.

_____

        Michael H. Sussman, Goshen, appellant pro se.

        Francis J. Smith, Albany, for Howard Block, respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 23, 2013, which ruled that claimant was entitled to receive unemployment insurance benefits.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Stein, McCarthy, Rose and Egan Jr., JJ., concur.

ORDERED that the decision is affirmed, without costs.



                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court